IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CECIL LEE RUSSELL, § § § Petitioner, § § v. § § LORIE DAVIS, Director, § Texas Department of Criminal Justice, § Correctional Institutions Division, § § Respondent. § | 2:16-CV-0056 |

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

On June 23, 2016, the United States Magistrate Judge issued a Report and Recommendation recommending that plaintiff's motion to proceed *in forma pauperis* on appeal be denied. Petitioner was attempting to appeal the unfiling of his habeas application pursuant to a March 26, 1997 Sanction Order. Plaintiff has not filed objections to the Magistrate Judge's recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED.

IT IS THEREFORE ORDERED that the plaintiff's motion to proceed *in forma pauperis* on appeal is DENIED.

IT IS SO ORDERED.

ENTERED this 12th day of July, 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE